GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@graham**hollis**.com
Brian R. Short (SBN 236140)
bshort@graham**hollis**.com
3555 Fifth Avenue
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff RICHARD STAFFORD

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STAFFORD, Individually and on behalf of all others similarly situated current and former employees of DOLLAR TRR STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOLLAR TREE STORES, INC. and DOES 1 through 50, Inclusive, <br><br> Defendants, | Case No.: 2:14-cv-01465-MCE-DAD <br> Related Case No. 2:13-cv-01187-KJM-CKD <br><br> **ORDER GRANTING JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS CURRENTLY SCHEDULED FOR AUGUST 7, 2014 AND RELATED DATES** <br><br> Courtroom: 7 –14th Floor <br> Judge: Hon. Chief Morrison C. England, Jr. <br><br> Complaint Filed: May 7, 2014 <br> FAC Filed: June 6, 2014 <br> Case Removed: June 19, 2014 <br> Trial Date: No date set |

///
///
///
///
///
///
///
///

The Court having considered the Parties' Stipulation to Continue the Hearing on Defendant's Motion for Partial Judgment on the Pleadings Under Rule 12(c) and Motion or Suggestion to Strike Under Rule 12(f)(1) ("Defendant's MJP") and Good Cause Having Been Shown, the Parties' Stipulation is hereby GRANTED:

**IT IS HEREBY ORDERED that:**

1. The hearing on Defendant's MJP be continued to September 18, 2014 at 2:00 p.m.; and

2. The briefing schedule on Defendant's MJP is continued such that the deadline for Plaintiff to file his Opposition and Defendant to file its Reply follow Local Rule 230(c) and (d) based on the hearing dates specified above.

**IT IS SO ORDERED.**

**Dated:  July 11, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT